UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2592

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on May 5, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that these actions have been remanded to their respective state courts by the Honorable David R. Herndon in orders filed on June 9, 2017.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-148" filed on May 5, 2017, is VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2592

SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 17–00439 | Douthit et al v. Janssen Research & Development, LLC et al |
| ILS | 3 | 17–00440 | Bandy et al v. Janssen Research & Development, LLC et al |
| ILS | 3 | 17–00441 | Woodall et al v. Janssen Research & Development, LLC et al |
| ILS | 3 | 17–00442 | Pirtle et al v. Janssen Research & Development, LLC et al |
| ILS | 3 | 17–00443 | Braun et al v. Janssen Research & Development, LLC et al |